SLATER LAW GROUP APC
A Professional Corporation
MARK K. SLATER, SBN 129742
mslater@slaterlawgrp.com
IVAN PERKINS, SBN 260257
iperkins@slaterlawgrp.com
SEAN M. STOWERS, SBN 303715
sstowers@slaterlawgrp.com
2330 Marinship Way, Suite 200
Sausalito, California 94965
Telephone: (415) 294-7700
Facsimile: (415) 294-7763

Attorneys for Defendant,
JULIANNA'S (erroneously sued as "JULIANNA'S INC.")

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE JACOBS and ROSALIND JACOBS,<br><br>Plaintiffs,<br><br>v.<br><br>JULIANNA'S INC. and COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:24-cv-00897-TSH<br><br>**REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Date Filed: February 14, 2024<br>Trial Date: Not Set |

**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE REMOTELY**

Defendant Julianna's respectfully request to participate remotely via Zoom at the Case Management Conference on May 16, 2024 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: May 9, 2024

SLATER LAW GROUP APC

By: /S/ Sean M. Stowers

Mark K. Slater
Ivan Perkins
Sean M. Stowers
Attorneys for Defendant
JULIANNA'S

**[PROPOSED] ORDER**

Defendant Julianna's request to participate remotely via Zoom at the Case Management Conference on May 16, 2024 at 10:00 a.m. is GRANTED.

IT IS SO ORDERED.

Dated:______________

______________________________
THOMAS S. HIXTON
Magistrate Judge
United States District Court for the Northern District of California