1  SLATER LAW GROUP APC
   A Professional Corporation
2  MARK K. SLATER, SBN 129742
      mslater@slaterlawgrp.com
3  IVAN PERKINS, SBN 260257
      iperkins@slaterlawgrp.com
4  SEAN M. STOWERS, SBN 303715
      sstowers@slaterlawgrp.com
5  2330 Marinship Way, Suite 200
   Sausalito, California 94965
6  Telephone:    (415) 294-7700
   Facsimile:    (415) 294-7763
7
   Attorneys for Defendant,
8  JULIANNA'S (erroneously sued as "JULIANNA'S INC.")

**DENIED**
Judge Thomas S. Hixson

5/9/2024   DENIED AS MOOT.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JACOBS and ROSALIND JACOBS, | Case No.: 3:24-cv-00897-TSH |
| Plaintiffs, | **REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE REMOTELY** |
| v. | |
| JULIANNA'S INC. and COMMERCE & INDUSTRY INSURANCE COMPANY, | Date Filed:  February 14, 2024 Trial Date:  Not Set |
| Defendants. | |

## REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE REMOTELY

Defendant Julianna's respectfully request to participate remotely via Zoom at the Case Management Conference on May 16, 2024 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 9, 2024 | SLATER LAW GROUP APC |
| 2 | | |
| 3 | | By:   /S/ Sean M. Stowers   |
| 4 | | Mark K. Slater |
| | | Ivan Perkins |
| 5 | | Sean M. Stowers |
| | | Attorneys for Defendant |
| 6 | | JULIANNA'S |

**[PROPOSED] ORDER**

Defendant Julianna's request to participate remotely via Zoom at the Case Management Conference on May 16, 2024 at 10:00 a.m. is GRANTED.

IT IS SO ORDERED.

Dated:_____                    _____
                                        THOMAS S. HIXTON
                                        Magistrate Judge
                                        United States District Court for the Northern District
                                        of California